In the Matter of James Taylor, an Attorney.— Report of referee confirmed. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., not voting.

Margaret Bauman, as Administratrix, etc., of Michael J. Ryan, Deceased, Appellant, v. Mallie Edelmuth and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Kathryn Lynch, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Macoy Publishing and Masonic Supply Company, Respondent, v. Allen Publishing Company and Others, Appellants.— Order affirmed, with ten